■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD BLACKLEDGE, Appellant. [610 NYS2d 864] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Fisher, J.), rendered April 23, 1990, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues

which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Balletta, O'Brien and Pizzuto, JJ., concur.